| AUSA: | Adriana Dydell | Telephone: (313) 303-4261 |
|---|---|---|
| Special Agent: | Tyler Goodnight | Telephone: (313) 399-2701 |

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>All Funds on Deposit in Bank of America and/or State of Michigan Unclaimed Property Account Number 375019759307 up to and including $121,777.43 | )<br>)<br>)<br>)<br>) | Case: 4:24-mc-50468-01<br>Judge: Kumar, Shalina D.<br>Filed: 05-15-2024 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the   Eastern   District of   Michigan   be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All Funds on Deposit in Bank of America and/or State of Michigan Unclaimed Property Account Number 375019759307 up to and including $121,777.43 with permission to serve the warrant electronically followed by original service.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  May 29, 2024
<br>*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to the presiding United States Magistrate Judge on duty   .
<br>*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  May 15, 2024   11:24 am

*Judge's signature*

City and state:  Flint, MI   Curtis Ivy, Jr.   U. S. Magistrate Judge
<br>*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 4:24-mc-50468-01 | Date and time warrant executed: <br> 05/21/2024 at 14:06 | Copy of warrant and inventory left with: <br> Laura Herrin |
| Inventory made in the presence of: <br> Tyler Goodnight and Frank Downey | | |
| Inventory of the property taken: <br><br> One check from the State of Michigan for the sum of $121,777.43. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/26/2024

*Tyler Goodnight* (signature)
*Executing officer's signature*

Tyler Goodnight - Special Agent
*Printed name and title*